**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__United States__   District of __Puerto Rico__
                                    (State)

Case number (*If known*): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**   15173 Domino's Corp.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Domino's
   Domino's Chardon

3. **Debtor's federal Employer Identification Number** (EIN)

   6 6 - 0 8 2 9 4 3 3

4. **Debtor's address**

   **Principal place of business**

   Carr. 30 Int. PR 198 Km. 20.01
   Number      Street
   Caribbean Plaza Shopping Center
   Altos del Cine Suite #202

   Las Piedras        PR       00771
   City               State    ZIP Code

   _____
   County

   **Mailing address, if different from principal place of business**

   _____
   Number      Street
   P.O. Box 1619
   P.O. Box

   Las Piedras        PR       00771-1619
   City               State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   #9 Ave. Chardon
   Number      Street

   San Juan           PR       00918
   City               State    ZIP Code

5. **Debtor's website** (URL)   N/A

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor    15173 Domino's Corp.       Case number (*if known*) _____
        *Name*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   7   2   2   5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

     ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.   District _____ When ____/____/_____ Case number _____
                                      MM / DD / YYYY
         District _____ When ____/____/_____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.   Debtor   1667 Domino's Corp.       Relationship   affiliate
         District   Puerto Rico            When   12 / 22 / 2016
                                                     MM / DD / YYYY
         Case number, if known   16-09926-7

Debtor ___15173 Domino's Corp.___        Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☐ No<br>☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>Where is the property? __#9 Ave. Chardon_____<br>                      Number     Street<br><br>__San Juan_____   __PR__   __00918__<br>City                    State    ZIP Code<br><br>**Is the property insured?**<br>☒ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | **Estimated number of creditors** | ☒ 1-49          ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99         ☐ 5,001-10,000     ☐ 50,001-100,000<br>☐ 100-199       ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☒ $0-$50,000              ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor     1667 Domino's Corp.                    Case number (*if known*) _____
           Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12 / 30 / 2016
              MM / DD / YYYY

✗ /s/ Jack Henry                                    Jack Henry
Signature of authorized representative of debtor     Printed name

Title  President

**18. Signature of attorney**

✗ /s/ Lucas A. Cordova                 Date   12 / 30 / 2016
Signature of attorney for debtor              MM / DD / YYYY

Lucas A. Cordova-Ayuso, Esq.
Printed name

CORDOVA-AYUSO LAW OFFICE LLC
Firm name

P.O. Box 194021
Number     Street

San Juan                           PR         00919-4021
City                               State      ZIP Code

787-230-0463                       lac@calawpr.com
Contact phone                      Email address

226805                             PR
Bar number                         State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **4**

## CORPORATE RESOLUTION

I, Suzette Rivera, as the Secretary of the Board of Directors of 15173 Domino's Corp., a corporation duly organized and operated under the law of the Commonwealth of Puerto Rico (the "Corporation"), certify that according with the Corporation's regulations, at a duly called meeting held on Tuesday December 27th 2016, for with duly quorum existed on said meeting, it was unanimously agreed to approve the following Corporate Resolution:

**WHEREAS**, the Corporation is insolvent and unable to pay its debts when due.

**WHEREAS**, it would be in the best interests of the Corporation and the creditors for the Corporation, the reorganization of the Corporation pursuant to Chapter 11 of the Bankruptcy Code before the U.S. Bankruptcy Court for the District of Puerto Rico.

It is **RESOLVED** that:

1. The Corporation 15173 Domino's Corp., will file a petition of reorganization under the provision of Chapter 11 of the Bankruptcy Code.
2. The president of the Corporation, Jack Henry, is, fully authorized and directed, for and on behalf of the Corporation, to execute and verify a petition in the name of the Corporation under Chapter 11 of the Bankruptcy Code and is also fully authorized to sign any document related to the Chapter 11 petition for the relief to be filled before the Bankruptcy Court for the District of Puerto Rico.
3. The Corporation is authorized to retain the service of Lucas A. Cordova, Esq., to act as the counsel for the Corporation.

On my capacity as Secretary of the Corporation, I CERTIFY, FURTHER, that the said resolution is now without modification or rescission, that it remains in full force and effect, and that it was adopted in accordance with the Bylaws of the Corporation, the Certificate of Incorporation and the State Law.

In WITNESS HEREOF, I sign the present in Las Piedras, Puerto Rico, this 27th day of December, 2016.

_____
Suzette Rivera
Secretary

Store: **173**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|

| | 2016 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Total 2016 | % Of Sales |
| **Sales** | | | | | | | | | | | |
| Total Net Sales | 59,709 | 69,614 | 63,283 | 66,583 | 64,874 | 62,399 | 58,282 | 58,413 | 58,983 | 57,821 | 619,961 | |
| Coupons | (45) | - | - | - | - | - | - | - | - | - | (45) | |
| **Royalty Sales** | **59,664** | **69,614** | **63,283** | **66,583** | **64,874** | **62,399** | **58,282** | **58,413** | **58,983** | **57,821** | **619,916** | |
| | | | | | | | | | | | | |
| **Total Cost of Food Sales** | **21,921** | **23,624** | **21,750** | **22,221** | **21,812** | **21,026** | **18,810** | **19,398** | **19,869** | **19,574** | **210,005** | **33.9%** |
| As % of Sales | 36.7% | 33.9% | 34.4% | 33.4% | 33.6% | 33.7% | 32.3% | 33.2% | 33.7% | 33.9% | 33.9% | |
| **Gross Profit** | **37,743** | **45,990** | **41,533** | **44,362** | **43,062** | **41,372** | **39,472** | **39,016** | **39,115** | **38,247** | **409,911** | **66.1%** |
| | | | | | | | | | | | | |
| **Store Variable Costs** | | | | | | | | | | | | |
| Wages | 21,185 | 21,359 | 17,176 | 17,703 | 19,312 | 17,525 | 16,119 | 15,425 | 17,076 | 15,929 | 178,809 | 28.8% |
| Employee Benefits | 10 | - | - | - | - | 60 | 40 | 40 | 20 | 60 | 230 | 0.0% |
| Payroll Taxes | 3,173 | 2,902 | 2,408 | 2,681 | 2,937 | 2,464 | 1,613 | 1,426 | 1,480 | 1,540 | 22,625 | 3.6% |
| *Variable Labor* | *24,368* | *24,260* | *19,584* | *20,385* | *22,249* | *20,049* | *17,773* | *16,891* | *18,576* | *17,529* | *201,664* | *32.5%* |
| Delivery Expense | 1,513 | 1,709 | 1,560 | 1,568 | 1,667 | 1,500 | 1,478 | 1,370 | 1,385 | 1,329 | 15,079 | 2.4% |
| Advertising Expense | 5,026 | 4,402 | 3,484 | 3,116 | 3,088 | 2,807 | 2,881 | 2,703 | 2,654 | 2,616 | 32,778 | 5.3% |
| Royalty Expense | 2,898 | 5,508 | 4,113 | 4,327 | 4,217 | 4,055 | 3,789 | 3,796 | 3,834 | 3,758 | 40,295 | 6.5% |
| Supplies Expense | 7,990 | 666 | 647 | 444 | 1,440 | 824 | 1,596 | 1,377 | 736 | 999 | 16,717 | 2.7% |
| Other Variable Costs | 26 | 60 | 149 | 847 | 872 | 901 | 787 | 1,333 | 890 | 860 | 6,726 | 1.1% |
| **Total Variable Costs** | **41,821** | **36,605** | **29,537** | **30,687** | **33,533** | **30,136** | **28,303** | **27,470** | **28,076** | **27,092** | **313,259** | **50.5%** |
| Wages as % of Sales | 35.5% | 30.7% | 27.1% | 26.6% | 29.8% | 28.1% | 27.7% | 26.4% | 29.0% | 27.5% | 28.8% | |
| **Variable Profit** | **(4,078)** | **9,386** | **11,997** | **13,674** | **9,529** | **11,237** | **11,169** | **11,545** | **11,039** | **11,155** | **96,652** | **15.6%** |
| | | | | | | | | | | | | |
| **Store Fixed Operating Costs** | | | | | | | | | | | | |
| Rent Expense | 3,764 | 3,764 | 3,764 | 3,781 | 3,764 | 3,781 | 3,781 | 3,781 | 3,781 | 3,764 | 37,725 | 6.1% |
| Utilities Expense | 1,337 | 1,569 | 1,276 | 1,416 | 1,362 | 1,228 | 1,404 | 1,331 | 792 | 3,396 | 15,111 | 2.4% |
| Professional Fees | 1,466 | 541 | 721 | 591 | 602 | 574 | 577 | 665 | 955 | 1,093 | 7,787 | 1.3% |
| Insurance Expense | 510 | - | - | 265 | 235 | 235 | 235 | 235 | 235 | 235 | 2,187 | 0.4% |
| Other Fixed Cost | 1,634 | 1,045 | 1,873 | 918 | 2,184 | 1,399 | (17) | 998 | 407 | 1,228 | 11,668 | 1.9% |
| **Total Fixed Operating Costs** | **8,711** | **6,919** | **7,634** | **6,971** | **8,147** | **7,218** | **5,981** | **7,010** | **6,170** | **9,716** | **74,478** | **12.0%** |
| | | | | | | | | | | | | |
| **Store EBITDA** | **(12,790)** | **2,467** | **4,363** | **6,703** | **1,382** | **4,019** | **5,188** | **4,535** | **4,868** | **1,439** | **22,174** | **3.6%** |
| | | | | | | | | | | | | 0.0% |
| Depreciation & Amortization Expense | 3,299 | 3,299 | 3,299 | 3,299 | 3,299 | 3,299 | 3,299 | 3,299 | 3,299 | 3,299 | 32,990 | 5.3% |
| Interest Expense | - | 600 | 591 | 583 | 574 | 565 | 557 | 548 | 539 | 530 | 5,087 | 0.8% |
| **EBT** | **(16,089)** | **(1,432)** | **472** | **2,821** | **(2,491)** | **154** | **1,333** | **688** | **1,030** | **(2,390)** | **(15,903)** | **-2.6%** |
| | | | | | | | | | | | | |
| **Total Other Income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | 0.0% |
| | | | | | | | | | | | | |
| **Total Office Expenses** | 2,768 | 2,433 | 2,458 | 2,649 | 2,671 | 2,237 | 2,705 | 2,853 | 2,491 | 2,580 | 25,845 | 4.2% |
| | | | | | | | | | | | | |
| Income Tax Expense | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| | | | | | | | | | | | | |
| **Net Profit / (Loss)** | $ (18,857) | $ (3,865) | $ (1,986) | $ 172 | $ (5,162) | $ (2,082) | $ (1,372) | $ (2,165) | $ (1,461) | $ (4,970) | $ (41,748) | **-6.7%** |
| | | | | | | | | | | | | |
| **Statistics:** | | | | | | | | | | | | |
| AWUS | $ 14,916 | $ 17,404 | $ 15,821 | $ 16,646 | $ 16,219 | $ 15,600 | $ 14,571 | $ 14,603 | $ 14,746 | $ 14,455 | $ 15,498 | |
| Food Cost % | 36.7% | 33.9% | 34.4% | 33.4% | 33.6% | 33.7% | 32.3% | 33.2% | 33.7% | 33.9% | 33.9% | |
| Labor Cost % | 35.5% | 30.7% | 27.1% | 26.6% | 29.8% | 28.1% | 27.7% | 26.4% | 29.0% | 27.5% | 28.8% | |
| FLC % | 72.2% | 64.6% | 61.5% | 60.0% | 63.4% | 61.8% | 59.9% | 59.6% | 62.6% | 61.4% | 62.7% | |
| Variable Profit % | -6.8% | 13.5% | 19.0% | 20.5% | 14.7% | 18.0% | 19.2% | 19.8% | 18.7% | 19.3% | 15.6% | |

# United States Bankruptcy Court
### District of Puerto Rico

In re  15713 Domino's Corp. ,  Case No. _____

Debtor

Chapter __11_____

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jack Henry<br>P.O. Box 1619<br>Las Piedras, PR 00771 | Common stock | 100% | Common stockholder |

12/30/2016

Signature  /s/ Jack Henry
Jack Henry
President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name __15173 Domino's Corp._____

United States Bankruptcy Court for the: _____ District of __Puerto Rico__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Enigma Investment Inc. 655 Marginal del Parque Area Los Colobos Carolina, PR 00987 | Alberto Navaez Executive VP of Operations (787) 253-0200 | Loan for new store construction  Purchase of old store | Disputed | N/A | N/A | $211,410.75 |
| 2 | MACAM SE P.O. Box 192153 San Juan, PR 00919-2153 | Antonio Orbay (787) 766-1339 | Loan for new store construction | | N/A | N/A | $95,122.45 |
| 3 | ELM, Inc. 655 Marginal del Parque Area Los Colobos Carolina, PR 00987 | Alberto Navaez Executive VP of Operations (787) 253-0200 | Loan for new store construction | | N/A | N/A | $28,028.22 |
| 4 | Eddy Lieberman 655 Marginal del Parque Area Los Colobos Carolina, PR 00987 | Eddy Lieberman (787) 253-0200 | Loan for new store construction | | N/A | N/A | $6,285.28 |
| 5 | Coca Cola Puerto Rico P.O. Box 51985 Toa Baja, PR 00950-1985 | | Trade debt/ soda supply | | N/A | N/A | $1,500.00 |
| 6 | Light Gas Corporation P.O. Box 1155 Salinas, PR 00751 | (787) 824-4838 | Trade debt/ gas supply | | N/A | N/A | $700.00 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____  Case number (*if known*)_____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 2

# United States Bankruptcy Court
# District of Puerto Rico

In Re: 15173 Domino's Corp.  Case Number:

Debtor(s)  Chapter: 11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the Corporation named as the Debtor in this case hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 12/30/2016  Signature of Debtor(s): /s/ Jack Henry

AUTORIDAD DE ENERGIA ELECTRICA
1250 AVENIDA JUAN PONCE DE LEÓN
SAN JUAN, PR 00907


AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS
PO BOX 7066
SAN JUAN, PR 00916-706


COCA COLA PUERTO RICO
PO BOX 51985
TOA BAJA, PR 00950-1985


CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387


1651 DOMINO'S CORP.
PO BOX 1619
LAS PIEDRAS, PR 00771


1652 DOMINO'S CORP.
PO BOX 1619
LAS PIEDRAS, PR 00771


1668 DOMINO'S CORP.
P.O. BOX 1619
LAS PIEDRAS, PR 00771

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140


DEPARTAMENTO DE HACIENDA
DIVISION DE QUIEBRAS
PO BOX 9022501
SAN JUAN, PR 00901-2501


EDDY LIEBERMAN
655 MARGINAL DEL PARQUE, AREA LOS COLOBOS
CAROLINA, PR 00987


ELM, INC.
C/O ALBERTO NAVAEZ-EXECUTIVE VP OF OPERATIONS
655 MARGINAL DEL PARQUE, AREA LOS COLOBOS
CAROLINA, PR 00987


ENIGMA INVESTMENT, INC.
C/O ALBERTO NAVAEZ-EXECUTIVE VP OF OPERATIONS
655 MARGINAL DEL PARQUE, AREA LOS COLOBOS
CAROLINA, PR 00987


HFS CORP.
CALLE CHARDON #15
SAN JUAN, PR 00918


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JACK HENRY
P.O. BOX 1619
LAS PIEDRAS, PR 00771


LIGHT GAS CORPORATION
PO BOX 1155
SALINAS, PR 00751


MACAM SE
C/O ANTONIO ORBAY
P.O. BOX 192153
SAN JUAN, PR 00919-2153


MUNICIPIO DE SAN JUAN
P.O. BOX 70179
SAN JUAN, PR 00939-8179


SUBLINK SOLUTIONS, INC.
P.O. BOX 1619
LAS PIEDRAS, PR 00771

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

__United States__ District Of __Puerto Rico__

**In re** 15173 Domino's Corp.

Case No. _____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $___Hourly_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $__2,500.00_____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0_____

2. The source of the compensation paid to me was:

    [X] Debtor   [ ] Other (specify)

3. The source of compensation to be paid to me is:

    [X] Debtor   [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 12/30/2016 | s/ Lucas A. Cordova |
|---|---|
| *Date* | *Signature of Attorney* |
| | CORDOVA-AYUSO LAW OFFICE LLC |
| | *Name of law firm* |